# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Louis A. Santo Jr aka Louis A. Santo     BK NO. 22-01912 HWV
        Joy M. Santo

                      Debtor(s)                       Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association as Trustee for Morgan Stanley Mortgage Loan Trust 2006-11 and index same on the master mailing list.

                                             Respectfully submitted,

                                             /s/ *Michael Farrington*
                                             Michael Farrington
                                             05 Jan 2023, 10:44:21, EST

                                             KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106
                                             215-627-1322

Case 1:22-bk-01912-HWV    Doc 29    Filed 01/05/23    Entered 01/05/23 15:33:04    Desc
Document ID: 97dc5c3647c8108dd4586833d59f5484df96e6578da4f0e41d973df9e425e39e
Main Document      Page 1 of 1