Rev. 05/16/19

LOCAL BANKRUPTCY FORM 3007-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
LOUIS A. SANTO JR.
A/K/A LOUIS A. SANTO
JOY M. SANTO

: CHAPTER 13
:
:
: CASE NO. 1 - 22 -bk- 01912
:
:

**Debtor(s)**

LOUIS A. SANTO JR.
A/K/A LOUIS A. SANTO
JOY M. SANTO

**Objector**

v.

SPECIALIZED LOAN SERVICING LLC

**Claimant**

TO: SPECIALIZED LOAN SERVICING LLC ("Claimant")

**NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE**

The Debtors have filed an objection to the proof of claim you filed in this bankruptcy case.

**NOTICE:** **Your claim may be reduced, modified, or eliminated**. You should read this notice and the objection carefully and discuss them with your attorney, if you have one.

If you do not want the court to enter an order affecting your claim, then on or before February 18, 2023, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at:

(Select the appropriate address)

☐ 274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

☑ Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above.

You must also send a copy of your request for hearing or response to:

Lawrence V. Young, Esquire
CGA Law Firm
135 North George Street
York, PA 17401

(Movant's attorney's name and address)

(Names and addresses of others to be served)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

/s/ Lawrence V. Young, Esquire

Attorney for Objector

CGA Law Firm

(Address)

135 North George Street

York, PA 17401

717-848-4900

(Phone)

717-843-9039

(Facsimile)

lyoung@cgalaw.com

(Email)

21009

(Attorney ID No.)

Date of Notice: 1/19/2023