United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01912-HWV |
| Louis A. Santo, Jr. | Chapter 13 |
| Joy M. Santo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Feb 21, 2023      Form ID: nthrgreq      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | ^ MEBN | Feb 21 2023 19:11:01 | KML Law Group, Michael Farrington, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5510669 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 21 2023 19:14:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association as Trustee for Morgan S bnicholas@kmllawgroup.com |

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Lawrence V. Young
    on behalf of Debtor 2 Joy M. Santo lyoung@cgalaw.com
    tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com

Lawrence V. Young
    on behalf of Debtor 1 Louis A. Santo Jr. lyoung@cgalaw.com,
    tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com

Michael Patrick Farrington
    on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association,
    as Trustee, successor by merger to LaSalle Bank National Association as Trustee for Morgan S mfarrington@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

| | |
|---|---|
| Louis A. Santo Jr.<br>aka Louis A. Santo | Chapter: 13<br>Case number: 1:22−bk−01912−HWV |
| **Debtor 1** | Document Number: 30 |
| Joy M. Santo | Matter: Objection to Claim |
| **Debtor 2** | |

Louis A. Santo Jr.
a/k/a Louis A. Santo
Joy M. Santo
**Movant(s)**

vs.

Specialized Loan Servicing LLC
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on October 3, 2022.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor),<br>Third & Walnut Streets, Harrisburg,<br>PA 17101** | Date: 3/7/23<br>Time: 09:30 AM |

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 21, 2023 |

nthrgreq(02/19)