LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Louis A. Santo Jr.
a/k/a Louis A. Santo
Joy M. Santo

: CHAPTER __13__
:
: CASE NO. _1_-_22_-bk-_01912_
:

**Debtor(s)**

Louis A. Santo Jr.
a/k/a Louis A. Santo
Joy M. Santo

: ADVERSARY NO. __-__-ap-_____
: (if applicable)

**Plaintiff(s)/Movant(s)**
vs.
Specialized Loan Servicing

: Nature of Proceeding: Objection to Proof
: of Claim

**Defendant(s)/Respondent(s)** : Document #: _____

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Counsel of the Debtors will out of town the week of March 5, 2023 through March 11, 2023. Counsel for the mortgage company has agreed to continue this hearing to allow for additional time for the Debtors to review the itemized payoff figures recently received from Counsel of the mortgage company.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 3/2/2023

_Lawrence V. Young_ (signature)

Attorney for Louis A. Santo Jr. and Joy M. Santo
Name: Lawrence V. Young, Esquire
Phone Number: 717-718-7110

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.