IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | | |
| LOUIS A. SANTO JR. : | | |
| JOY M. SANTO : | | Case No. 1:22-bk-01912 |
| Debtors : | | |
| : | | |
| LOUIS A. SANTO JR. : | | |
| JOY M. SANTO : | | |
| Objectants/Movants : | | Chapter 13 |
| v. : | | |
| : | | |
| SPECIALIZED LOAN SERVICING LLC : | | |
| : | | |
| Respondent : | | |
| : | | |

PRAECIPE TO WITHDRAW
OBJECTION TO PROOF OF CLAIM NO.7 OF
SPECIALIZED LOAN SERVICING LLC

AND NOW, this 11th day of April, 2023, come the Debtors, Louis A. Santo Jr. and Joy M. Santo, by and through counsel, the CGA Law Firm, Lawrence V. Young, Esquire, and does request this Honorable Court to withdraw the Objection to Proof of Claim No. 7 of Specialized Loan Servicing LLC, filed on January 19, 2023.

Respectfully submitted,

/s/ Lawrence V. Young
Lawrence V. Young, Esquire
Supreme Ct. I.D. No.21009
Counsel for Debtor
135 North George Street
York, PA 17401
(Counsel for Debtors)

{02274036/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| LOUIS A. SANTO JR. | : | |
| JOY M. SANTO | : | Case No. 1:22-bk-01912 |
| Debtors | : | |
| | : | |
| LOUIS A. SANTO JR. | : | |
| JOY M. SANTO | : | |
| Objectants/Movants | : | Chapter 13 |
| v. | : | |
| | : | |
| SPECIALIZED LOAN SERVICING LLC | : | |
| | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023 I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Office of the U.S. Trustee  ECF

Jack N. Zaharopoulos  ECF

Specialized Loan Servicing LLC  United State First Class Mail
6200 South Quebec Street
Suite 300
Greenwood Village, Colorado 80111


KML Law Group
Michael Farrington, Esquire
701 Market Street
Suite 5000
Philadelphia, PA 19106


/s/ Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
135 North George Street
York, PA 17401
(717) 848-4900

{02274036/1}