IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LOUIS A. SANTO JR.<br>A/K/A LOUIS A. SANTO JR.<br>  Debtor 1<br>JOY M. SANTO<br>  Debtor 2 | Chapter:<br><br>Case No.: | 13<br><br>1-22-01912 HWV |
| Louis A. Santo Jr. :<br>a/k/a Louis A. Santo :<br>Joy M. Santo<br>  vs.                    Movant(s)<br><br>Specialized Loan Servicing LLC<br>                  Respondent(s) | Document No.:<br><br>Nature of<br>Proceeding: | 30<br><br>Objection to Proof of<br>Claim Number 7 |

## ORDER APPROVING WITHDRAWAL

IT APPEARING that an answer has been filed regarding this matter, **IT IS HEREBY**

**ORDERED** that the Withdrawal filed April 11, 2023 regarding Objection to Proof of Claim Number 7 is APPROVED.

By the Court,

*/s/ Henry W. Van Eck*
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 12, 2023