IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1-22-1912 |
| Louis A. Santo, Jr. | : | |
| Joy M. Santo | : | |
| | : | Chapter 13 |
| Debtors | : | |

### AMENDED ORDER APPROVING THE PAYMENT OF COUNSEL FEES TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSE AMENDING BALANCE TO BE PAID BY THE TRUSTEE

UPON CONSIDERATION OF a review of the application filed by Lawrence V. Young, Esquire, counsel for the above Debtor(s), and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the twenty (21) days' notice period, it is hereby

ORDERED that counsel fees for the period of time beginning August 23, 2022 through May 8, 2023, in the amount of $10,584.00 legal services rendered by said counsel to the Debtor(s); and for reimbursement to said counsel for out-of-pocket expenses incurred from August 23, 2022 through May 8, 2023, in the amount of $450.80 for a total award of $11,034.80 are hereby approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $2,800.00 from the Edward Brennan , Debtor's attorney, and $0 received from the Chapter 13 Trustee, the balance of $ 8,234.80 by the Chapter 13 Trustee through the Plan. It is further

ORDERED that an amended plan shall be filed within 30 days of the date of this Order, which fully funds the necessary payments under the plan including the legal fees and expenses payable pursuant to this Order. Should no amended plan be approved, the Chapter 13 Trustee shall only pay the CGA Law Firm the amount within the current plan to the funding limit and the

unfunded portion of this fee application shall not be paid until such time that a plan is approved funding the entire fee application.