# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     LOUIS A. SANTO, JR.
              AKA: LOUIS A. SANTO
              JOY M. SANTO                         CHAPTER 13

                      Debtor(s)

                                                     CASE NO: 1-22-01912-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
              Movant
vs.
LOUIS A. SANTO, JR.
AKA: LOUIS A. SANTO
JOY M. SANTO

                      Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 19, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. A Plan was filed on December 1, 2022.

2. A hearing was held and an Order was entered on August 30, 2023 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                           Respectfully submitted,

                                           /s/   Douglas R. Roeder, Esquire
                                           Id:  80016
                                           Attorney for Movant
                                           Jack N. Zaharopoulos
                                           Standing Chapter 13 Trustee
                                           Suite A, 8125 Adams Drive
                                           Hummelstown, PA   17036
                                           Phone:   717-566-6097
                                           email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LOUIS A. SANTO, JR.
AKA: LOUIS A. SANTO
JOY M. SANTO

    Debtor(s)      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant      CASE NO: 1-22-01912-HWV

LOUIS A. SANTO, JR.
AKA: LOUIS A. SANTO
JOY M. SANTO

    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Sylvia H. Rambo United States Courthouse     Date: November 29, 2023
Bankruptcy Courtroom 8, 4th Floor
1501 North 6th Street     Time: 09:35 AM
Harrisburg, PA 17102

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: October 19, 2023     /s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LOUIS A. SANTO, JR.
AKA: LOUIS A. SANTO
JOY M. SANTO

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-22-01912-HWV

Movant

vs.

LOUIS A. SANTO, JR.
AKA: LOUIS A. SANTO
JOY M. SANTO

Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 19, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
LAWRENCE V. YOUNG, ESQUIRE
135 NORTH GEORGE STREET
YORK, PA 17401

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by 1st Class Mail
LOUIS A. SANTO, JR.
312 MEADOW TRAIL
DILLSBURG, PA 17019

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 19, 2023

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LOUIS A. SANTO, JR.
AKA: LOUIS A. SANTO
JOY M. SANTO

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-22-01912-HWV

LOUIS A. SANTO, JR.
AKA: LOUIS A. SANTO
JOY M. SANTO

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.