UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: LOUIS A. SANTO, JR.
LOUIS A. SANTO
JOY M. SANTO

      Debtor(s)      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

vs.      CASE NO: 1-22-01912-HWV
LOUIS A. SANTO, JR.
LOUIS A. SANTO
JOY M. SANTO

      Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 16, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: January 16, 2024

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   LOUIS A. SANTO, JR.
         LOUIS A. SANTO
         JOY M. SANTO

                              Debtor(s)              CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                              Movant
         vs.                                         CASE NO: 1-22-01912-HWV
         LOUIS A. SANTO, JR.
         LOUIS A. SANTO
         JOY M. SANTO
                              Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> February 14, 2024 at 09:35 AM
> Sylvia H. Rambo United States Courthouse
> Bankruptcy Courtroom 4B, 4th Floor
> 1501 North 6th Street
> Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $1,250,800.00**
   **AMOUNT DUE FOR THIS MONTH: $200.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $1,251,000.00**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

   **If submitting payment by U.S. First Class Mail mail to:**
      **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: January 16, 2024

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   LOUIS A. SANTO, JR.
        LOUIS A. SANTO
        JOY M. SANTO

        Debtor(s)        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.        CASE NO: 1-22-01912-HWV
LOUIS A. SANTO, JR.
LOUIS A. SANTO
JOY M. SANTO

        Respondent(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on January 16, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

LAWRENCE V. YOUNG, ESQUIRE
135 NORTH GEORGE STREET
YORK PA 17401-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

Served by First Class Mail

LOUIS A. SANTO, JR.
JOY M. SANTO
312 MEADOW TRAIL
DILLSBURG PA 17019

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 16, 2024

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  LOUIS A. SANTO, JR.
        AKA: LOUIS A. SANTO
        JOY M. SANTO                        CHAPTER 13

                Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                Movant                      CASE NO: 1-22-01912-HWV

        vs.
        LOUIS A. SANTO, JR.
        AKA: LOUIS A. SANTO
        JOY M. SANTO

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.