Lawrence V. Young, Attorney
Board Certified Bankruptcy Specialist
lyoung@cgalaw.com
717-718-7110

March 7, 2024

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Re: **Louis A. Santo Jr.**
**Joy M Santo**
**Ch.13, Case No. 1:22-bk-01912-HWV**

Please change the address of the following creditor:

| Old Address: | New Address: |
|---|---|
| Joseph L Gentilcore, Esquire | Joseph L Gentilcore, Esquire |
| 100 Broad Street, | 1600 Market street, |
| Philadelphia, PA 19110 | Philadelphia, PA 19103 |

Sincerely,

/s/Lawrence V. Young
Lawrence V. Young
LVY/im