**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:  LOUIS A. SANTO, JR.
        LOUIS A. SANTO
        JOY M. SANTO

                        Debtor(s)            CHAPTER 13

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                        Movant
        vs.                                  CASE NO: 1-22-01912-HWV
        LOUIS A. SANTO, JR.
        LOUIS A. SANTO
        JOY M. SANTO

                        Respondent(s)


**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on June 11, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


                        Respectfully submitted,

                        /s/  Douglas R. Roeder, Esquire
                        ID:  80016
                        Attorney for Trustee
                        Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        Suite A, 8125 Adams Drive
                        Hummelstown, PA 17036
                        Phone:  (717) 566-6097
                        email:  droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    LOUIS A. SANTO, JR.
            LOUIS A. SANTO
            JOY M. SANTO

                         Debtor(s)            CHAPTER 13

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                          Movant
        vs.                                  CASE NO: 1-22-01912-HWV
        LOUIS A. SANTO, JR.
        LOUIS A. SANTO
        JOY M. SANTO

                    Respondent(s)

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    Sylvia H. Rambo United States Courthouse        Date:   July 10, 2024
    Bankruptcy Courtroom 4B, 4th Floor           Time:   09:35 AM
    1501 North 6th Street
    Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
        **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1024.50**
        **AMOUNT DUE FOR THIS MONTH: $341.50**
        **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $1366.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**

**CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.   You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3.   You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    June 11, 2024                          Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID:  80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:  LOUIS A. SANTO, JR.
        LOUIS A. SANTO
        JOY M. SANTO

                        Debtor(s)              CHAPTER 13

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                        Movant
        vs.                                    CASE NO: 1-22-01912-HWV
        LOUIS A. SANTO, JR.
        LOUIS A. SANTO
        JOY M. SANTO

                        Respondent(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on June 11, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

LAWRENCE V. YOUNG, ESQUIRE          UNITED STATES TRUSTEE
135 NORTH GEORGE STREET             1501 NORTH 6TH STREET
YORK PA  17401-                     PO BOX 302
                                    HARRISBURG PA  17102

Served by First Class Mail

LOUIS A. SANTO, JR.
JOY M. SANTO
312 MEADOW TRAIL
DILLSBURG  PA  17019

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 11, 2024                 /s/  Tammy Life
                                     Office of the Standing Chapter 13 Trustee
                                     Jack N. Zaharopoulos
                                     Suite A, 8125 Adams Dr.
                                     Hummelstown, PA  17036
                                     Phone:  (717) 566-6097
                                     email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   LOUIS A. SANTO, JR.
        AKA: LOUIS A. SANTO
        JOY M. SANTO
                                CHAPTER 13

           Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
            Movant             CASE NO: 1-22-01912-HWV

        vs.
        LOUIS A. SANTO, JR.
        AKA: LOUIS A. SANTO
        JOY M. SANTO

**<u>ORDER DISMSSING CASE</u>**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.