**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(HARRISBURG)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Louis A. Santo, Jr. aka Louis A. Santo | CASE NO.: 22-01912 |
| Joy M. Santo | |
|     Debtor(s). | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Shellpoint Mortgage Servicing as Servicer for Morgan Stanley Mortgage Loan Trust 2006-11, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee ("Shellpoint"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

                              Angela C. Pattison, Esq.
                              Hill Wallack LLP
                              1415 Route 70 East, Suite 309
                              Cherry Hill, NJ 08034
                              Telephone: 856-616-8086
                              Facsimile: 856-616-8081
                              Email: apattison@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Shellpoint Mortgage Servicing as Servicer for Morgan Stanley Mortgage Loan Trust 2006-11, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Shellpoint Mortgage Servicing as Servicer for Morgan Stanley Mortgage Loan Trust 2006-11, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 5, 2024

Hill Wallack LLP

By: */s/ Angela C. Pattison*
Angela C. Pattison, Esq.
Hill Wallack LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone: 856-616-8086
Facsimile: 856-616-8081
Email: apattison@hillwallack.com
Counsel to Shellpoint Mortgage Servicing as Servicer for Morgan Stanley Mortgage Loan Trust 2006-11, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Louis A. Santo, Jr. aka Louis A. Santo | CASE NO.: 22-01912 |
| Joy M. Santo | |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

      I hereby certify that service was made upon all interested parties, indicated below of Notice of Appearance for Shellpoint Mortgage Servicing as Servicer for Morgan Stanley Mortgage Loan Trust 2006-11, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee in the manner indicated below on August 5, 2024:

Louis A. Santo
312 Meadow Trl
Dillsburg, PA 17019
**Debtor - Via Regular Mail**

Joy M. Santo
312 Meadow Trl
Dillsburg, PA 17019
**Debtor - Via Regular Mail**

Lawrence V. Young
135 North George Street
York, PA 17401
**Counsel For Debtor -Via ECF**

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**Trustee - Via ECF**

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
**United States Trustee - Via ECF**

                                            By:  */s/ Angela C. Pattison*
                                            Angela C. Pattison, Esq.,
                                            Attorney ID 307611
                                            Hill Wallack, LLP
                                            1415 Route 70 East, Suite 309
                                            Cherry Hill, NJ 08034
                                            Telephone 856-616-8086
                                            Facsimile 856-616-8081

Email: apattison@hillwallack.com