UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | LOUIS A. SANTO, JR. a/k/a  LOUIS A SANTO and  JOY M. SANTO     Debtors | : CHAPTER 13 |
| | JACK N. ZAHAROPOULOS  STANDING CHAPTER 13 TRUSTEE     Movant | : |
| | vs. | : CASE NO. 1:22-bk-01912-HWV |
| | LOUIS A. SANTO, JR. a/k/a  LOUIS A. SANTO and  JOY M. SANTO     Respondents | : MOTION TO DISMISS |

## ORDER

Upon Consideration of the Trustee's Motion to Dismiss Case,

IT IS HEREBY ORDERED that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.