UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LOUIS A. SANTO, JR. a/k/a<br>LOUIS A. SANTO and<br>JOY M. SANTO<br>Debtors | : : : : : : : : | CHAPTER 13<br><br><br><br><br>CASE NO. 1:22-bk-01912-HWV<br><br>MOTION TO DISMISS |

## NOTICE TO PARTIES

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Sylvia H. Rambo United States Courthouse<br>1501 North 6th Street<br>Harrisburg, PA 17102 | Date: September 25, 2024<br><br>Time: 9:35 AM |
| | |

Any objection/response to the above referenced matter must be filed and served on or before: **September 18, 2024.**

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

                                                Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                8125 Adams Drive, Suite A
                                                Hummelstown, PA 17036
                                                Phone: (717) 566-6097
                                                Fax: (717) 566-8313

Dated: September 4, 2024             E-Mail: info@pamd13trustee.com