United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Louis A. Santo, Jr.  
Joy M. Santo  
    Debtors

Case No. 22-01912-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jan 23, 2025     Form ID: ordsmiss     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Louis A. Santo, Jr., Joy M. Santo, 312 Meadow Trail, Dillsburg, PA 17019-8938 |
| cr | + | Morgan Stanley Mortgage Loan Trust 2006-11, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Morgan Stanley Mortgage Loan Trust 2006-11, U.S. B, Hill Wallack LLP, 21 Roszel Rd, Princeton, NJ 08543, UNITED STATES 08540-6866 |
| 5499252 | + | JOSEPH L. GENTILCORE, ESQUIRE, 1600 MARKET STREET, PHILADELPHIA, PA 19103-7240 |
| 5499245 | + | LOUIS A. SANTO, JR., JOY M. SANTO, 312 MEADOW TRAIL, DILLSBURG, PA 17019-8938 |
| 5499247 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 23 2025 23:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5499251 | + | EDI: DISCOVER | Jan 23 2025 23:45:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5500051 | | EDI: DISCOVER | Jan 23 2025 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5499249 | | EDI: IRS.COM | Jan 23 2025 23:45:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5510707 | | EDI: JEFFERSONCAP.COM | Jan 23 2025 23:45:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 5499246 | + | Email/Text: rshearer@cgalaw.com | Jan 23 2025 18:55:00 | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5499253 | + | Email/Text: Unger@Members1st.org | Jan 23 2025 18:55:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, 5000 MARKETPLACE WAY, ENOLA, PA 17025-2431 |
| 5499254 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 23 2025 18:55:00 | MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 5499255 | | Email/Text: EBN@Mohela.com | Jan 23 2025 18:55:00 | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 5506745 | + | Email/Text: Unger@Members1st.org | Jan 23 2025 18:55:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5506444 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2025 18:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5647399 | + | Email/Text: mtgbk@shellpointmtg.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 23 2025 18:55:00 | Morgan Stanley Mortgage Loan Trust 2006-11,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, Morgan Stanley Mortgage Loan Trust 2006-, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5647398 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 23 2025 18:55:00 | Morgan Stanley Mortgage Loan Trust 2006-11,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5499256 | + | Email/PDF: bankruptcy_prod@navient.com | Jan 23 2025 19:02:58 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILES-BARR, PA 18773-9640 |
| 5499248 | + | EDI: PENNDEPTREV | Jan 23 2025 23:45:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5499248 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2025 18:55:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5499257 | ^ | MEBN | Jan 23 2025 18:44:57 | STERN AND EISENBERG LLP, 1581 MAIN ST., #200, WARRINGTON, PA 18976-3403 |
| 5499258 | + | EDI: SYNC | Jan 23 2025 23:45:00 | SYNCB/RHEEM KWICK COMFORT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5499615 | ^ | MEBN | Jan 23 2025 18:45:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5510669 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 23 2025 18:55:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 5499259 | + | Email/Text: tonette.hill@usbank.com | Jan 23 2025 18:55:00 | US BANK NATIONAL ASSOCIATION, 205 W. 4TH STREET, SUITE 500, CN-TX 05-F1, CINCINNATI, OH 45202-4812 |
| 5499260 | + | EDI: USBANKARS.COM | Jan 23 2025 23:45:00 | US BANK NATIONAL ASSOCIATION, P.O. BOX 108, SAINT LOUIS, MO 63166-0108 |
| 5509605 | | EDI: AIS.COM | Jan 23 2025 23:45:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5499250 | | Email/Text: kcm@yatb.com | Jan 23 2025 18:55:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Morgan Stanley Mortgage Loan Trust 2006-11, U.S. B |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0314-1      User: AutoDocke      Page 3 of 3
Date Rcvd: Jan 23, 2025      Form ID: ordsmiss      Total Noticed: 29
Date: Jan 25, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela C. Pattison | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2006-11 U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank apattison@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association as Trustee for Morgan S bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lawrence V. Young | on behalf of Debtor 2 Joy M. Santo lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| Lawrence V. Young | on behalf of Debtor 1 Louis A. Santo Jr. lyoung@cgalaw.com, rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Louis A. Santo Jr.,                               Chapter      13
aka Louis A. Santo,

     **Debtor 1**                                   Case No.      1:22–bk–01912–HWV

Joy M. Santo,

     **Debtor 2**

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 23, 2025

ordsmiss (05/18)