UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 22-01912 |
|---|---|
| LOUIS A SANTO, JR<br>JOY M SANTO | **DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: Judge Van Eck<br>Hearing Location: United States Bankruptcy Court, The Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Bankruptcy Courtroom 8, 4th Floor, Harrisburg, PA 17102<br>Hearing Date: 04/01/2025<br>Hearing Time: 9:35am<br>Response Date: 03/17/2025 |

On 2/24/2025, I did cause a copy of the following documents, described below,

Notice of Final Fee Application

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/24/2025

/s/ /s/ Lawrence V. Young
/s/ Lawrence V. Young  21009

CGA Law Firm
135 North George Street
York, PA  17401
717 848 4900
jhall@cgalaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>LOUIS A SANTO, JR<br>JOY M SANTO | CASE NO: 22-01912<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>Judge: Judge Van Eck<br>Hearing Location: United States Bankruptcy Court, The Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Bankruptcy Courtroom 8, 4th Floor, Harrisburg, PA 17102<br>Hearing Date: 04/01/2025<br>Hearing Time: 9:35am |

On 2/24/2025, a copy of the following documents, described below,

Notice of Final Fee Application

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/24/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Lawrence V. Young
CGA Law Firm
135 North George Street
York, PA  17401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | | ~~EXCLUDE~~ |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-01912<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>FRI FEB 21 13-9-50 PST 2025 | MORGAN STANLEY MORTGAGE LOAN TRUST<br>200611<br>14841 DALLAS PARKWAY SUITE 350<br>DALLAS TX 75254-7685 | | ~~(U)MORGAN STANLEY MORTGAGE LOAN TRUST 200611~~ |
| MORGAN STANLEY MORTGAGE LOAN TRUST<br>200611<br>HILL WALLACK LLP<br>21 ROSZEL RD<br>PRINCETON NJ 08543 UNITED STATES 08540-6866 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | | ~~EXCLUDE~~<br>~~(U)US BANK NATIONAL ASSOCIATION AS TRUSTEE~~ |
| UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N 6TH ST<br>HARRISBURG PA 17102-1104 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ | | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | JOSEPH L GENTILCORE ESQUIRE<br>1600 MARKET STREET<br>PHILADELPHIA PA 19103-7240 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LAWRENCE V YOUNG<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK PA 17401-1132 | | LOUIS A SANTO JR<br>JOY M SANTO<br>312 MEADOW TRAIL<br>DILLSBURG PA 17019-8938 |
| MEMBERS 1ST FCU<br>ATTN BANKRUPTCY<br>5000 MARKETPLACE WAY<br>ENOLA PA 17025-2431 | MERCURYFBT<br>ATTN BANKRUPTCY<br>PO BOX 84064<br>COLUMBUS GA 31908-4064 | | (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 |
| MEMBERS 1ST FCU<br>PO BOX 8893<br>CAMP HILL PA 17001-8893 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | | MORGAN STANLEY MORTGAGE LOAN TRUST<br>200611<br>CO SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 |
| MORGAN STANLEY MORTGAGE LOAN TRUST<br>200611<br>CO SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE SC 29603-0675<br>MORGAN STANLEY MORTGAGE LOAN TRUST<br>2006-<br>CO SHELLPOINT MORTGAGE SERVICING 29603 | NAVIENT<br>ATTN BANKRUPTCY<br>PO BOX 9640<br>WILES-BARR PA 18773-9640 | | PA DEPARTMENT OF REVENUE<br>PO BOX 281061<br>HARRISBURG PA 17128-1061 |
| SECRETARY OF TREASURY<br>15TH PENN AVENUE NW<br>WASHINGTON DC 20220-0001 | STERN AND EISENBERG LLP<br>1581 MAIN ST<br>200<br>WARRINGTON PA 18976-3403 | | SYNCBRHEEM KWICK COMFORT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | US BANK NATIONAL ASSOCIATION TRUSTEE<br>(SEE<br>CO SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC STREET SUITE 300<br>GREENWOOD VILLAGE COLORADO 80111-4720 | US BANK NATIONAL ASSOCIATION<br>205 W 4TH STREET SUITE 500<br>CN-TX 05-F1<br>CINCINNATI OH 45202-2628 |
| US BANK NATIONAL ASSOCIATION<br>PO BOX 108<br>SAINT LOUIS MO 63166-0108 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 | YORK ADAMS TAX BUREAU<br>P O BOX 15627<br>YORK PA 17405-0156 |
| (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | JOY M SANTO<br>312 MEADOW TRAIL<br>DILLSBURG PA 17019-8938 | EXCLUDE<br>(D)LAWRENCE V YOUNG<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK PA 17401-1132 |

DEBTOR

LOUIS A SANTO JR
312 MEADOW TRAIL
DILLSBURG PA 17019-8938