**22-01912-1-HWV**

| | | |
|---|---|---|
| LOUIS A. SANTO, JR. | | **34 Rmng of 60 Mos.** |
| JOY M. SANTO | | Percent Pay Uns 100 |
| 312 MEADOW TRAIL | Atty: LAWRENCE V. YOUNG, ESQUIRE | SSN: xxx-xx-5365  xxx-xx-8144 |
| | (717)848-4900 | Debtor Plan Payment: $374.81 / M |
| DILLSBURG PA 17019 | Dismiss Unconfirmed | |
| Debtor Type: Joint | Emplyr: | |

----- Last 6 Payments -----

| | | | | | | |
|---|---|---|---|---|---|---|
| Filed | 10/03/2022 | 08/16/2024 | $341.50 | 06/21/2024 | $341.50 | Total Paid In $3,507.50 |
| First Mtg Reset | 12/15/2022 | 08/05/2024 | $341.50 | 02/12/2024 | $200.00 | |
| Confirm Mtg Reset | 10/01/2024 | 07/15/2024 | $683.00 | 09/11/2023 | $200.00 | |
| Plan Filed | 12/01/2022 | | | | | |
| Start Pmts | 01/02/2023 | | | | | |
| Bar Date | 12/12/2022 | | | | | |

Debtor Graduated Payments

| | | | | | | |
|---|---|---|---|---|---|---|
| Start Date | 1/2/2023 | End Date | 7/2/2024 | $2,141.50 | Per = | $2,141.50 |
| Start Date | 8/2/2024 | End Date | 12/2/2027 | $374.81 | Per Month = | $15,367.21 |

Okay to Close (27))

| Creditor Name | Number | Clm Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAWRENCE V. YOUNG, ESQUIRE | | | 000-0 | | Lgl | | | 11 | $11,282.80 | | $2,800.00 | | $8,482.80 |
| LAWRENCE V. YOUNG, ESQUIRE | | | 000-1 | | Lgl | | | 12 | $6,596.30 | | | | $6,596.30 Obj/Reserve |
| LAWRENCE V. YOUNG, ESQUIRE | | | 998-0 | | Lgl | | | 90 | $0.00 | | | | $0.00 Obj/Reserve |
| DEBTOR | | | 999-0 | | Rfd | | | 05 | $0.00 | | | | $0.00 |
| Jack N. Zaharopoulos | | | TRS-0 | 8/16/2024 | Tru | | | 00 | $1,260.80 | $234.20 | | | $1,026.60 |
| Total | | | | | | | | | $19,139.90 | $234.20 | | $0.00 | |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $0.00 | $0.00 | $0.00 | $0.00 | $17,879.10 | $0.00 | $1,260.80 | - Amount Available | $3,273.30 |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $234.20 | - Funds Held | $0.00 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Principal Balance | $12,832.40 |
| Total Direct Pd | $0.00 | $0.00 | $0.00 | $0.00 | $2,800.00 | | $0.00 | Debtor Refunds | $0.00 |
| Balance Due | $0.00 | $0.00 | $0.00 | $0.00 | $15,079.10 | | $1,026.60 | | |
| | | | | | | | | Delinquent | $1,257.67 |

Budget  
ER/H:

| | | | |
|---|---|---|---|
| Inc: | $2,027.00 | Occup: | |
| Exp: | $0.00 | ER/H: | |
| Surp: | $0.00 | Occup: | |

"Exhibit A"